UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DAVID A. LONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD SLOAN AND ASSOCIATES, INC.,<br><br>    Defendant. | No. 5:21-CV-204-H |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 31. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the class claims are dismissed without prejudice. The Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on June 5, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE